IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA



FILED

JAN - 3 2014

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

TYRONE HENRY McMILLER, )
)
Plaintiff, )
)
vs. ) No. CIV-12-1060-W
)
GEO GROUP, INC., et al., )
)
Defendants. )

## ORDER

On December 5, 2013, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this matter and recommended that the Second Motion to Dismiss [Doc. 71] filed by defendants GEO Group, Inc., Unit Manager Bernard and Case Manager Taylor be denied. These defendants were advised of their right to object to the Report and Recommendation, see Doc. 80 at 2, but no objections have been filed within the allotted time.

Upon review of the record, including the second amended complaint [Doc. 82] filed by plaintiff Tyrone Henry McMiller, proceeding pro se, the Court concurs with Magistrate Judge Erwin's suggested disposition of the defendants' request for dismissal.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 80] issued on December 5, 2013;

(2) DENIES the Second Motion to Dismiss [Doc. 71] filed on October 14, 2013, by defendants GEO Group, Inc., Unit Manager Bernard and Case Manager Taylor; and

(3) RE-REFERS this matter to Magistrate Judge Erwin for further proceedings.

ENTERED this 3rd day of January, 2014.

/s/ Lee R. West
LEE R. WEST
UNITED STATES DISTRICT JUDGE